UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH CORTES-VAZQUEZ, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 10-11092-JLT |
| | * |
| MICHAEL J. ASTRUE, | * |
| | * |
| Defendant. | * |

ORDER

August 16, 2011

TAURO, J.

This court ACCEPTS and ADOPTS the July 21, 2011 Report and Recommendation [#15] of Magistrate Judge Boal. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant's Motion to Affirm the Commissioner's Decision [#11] is DENIED and this case is REMANDED[1] to the Commissioner of the Social Security Administration for further findings and/or proceedings not inconsistent with Magistrate Judge Boal's Report and Recommendation.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

---

[1] See 42 U.S.C. § 405(g) ("The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.").